UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN GOMEZ, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 14-cv-02056-VC

**ORDER**

Proceedings on the motion to dismiss are stayed pending the outcome of the ADR assessment conference. The hearing on the motion to dismiss is vacated, and the plaintiff is not required to file a response to the motion at this time. After the ADR unit advises the Court of the outcome of the assessment conference, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: May 21, 2014

VINCE CHHABRIA
United States District Judge