UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN GOMEZ, an individual,<br>RITA CONTRERAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; REGIONAL SERVICE CORPS. and DOES I through 20 Inclusive,<br><br>Defendants. | CASE NO.: 3:14-CV-02056-VC<br><br>[The Honorable Vince Chhabria]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the Stipulation to continue the case management conference, and GOOD CAUSE APPEARING PURSUANT TO STIPULATION, hereby orders that:

The case management conference be continued to **February 10, 2015** [or a date thereafter that is convenient with this Court's calendar].

**IT IS SO ORDERED.**

Dated: December 29, 2014

                                              HONORABLE VINCE CHHABRIA
                                              UNITED STATES DISTRICT JUDGE